NO. 28370

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 MAR 29 AM 10:20

FILED

E.M. RIMANDO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JING HUA XIAO, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(HPD CR. NO. 06-295746)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/defendant-appellant Jing Hua Xiao's application for writ of certiorari, filed on March 1, 2010 is hereby accepted.

DATED:  Honolulu, Hawai'i,  March 29, 2010.

FOR THE COURT:

Chief Justice

---

[1]  Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.